# Court of Appeals, State of Michigan

## ORDER

In re R Smith Minor

Docket No.   339478

LC No.     2015-015117-NA

William B. Murphy
Presiding Judge

Kathleen Jansen

Brock A. Swartzle
Judges

---

The Court orders that the April 19, 2018 opinion is hereby VACATED, and a new opinion is forthcoming.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

APR 2 0 2018

Date

Chief Clerk